**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

KENYATTA MITCHELL,

    Plaintiff,

v.

SHERIFF JOHN WILCHER,

    Defendant.

CIVIL ACTION NO.: 4:19-cv-107

**O R D E R**

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's June 10, 2019 Report and Recommendation, (doc. 4), to which no Objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation the Complaint be **DISMISSED** for failure to comply with a court order. The Clerk is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 8th day of July, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA